# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                           NO. 2020 KW 1346

VERSUS

OLIVER MAIZE                                 **FEBRUARY 1, 2021**

---

In Re:    Oliver Maize, applying for supervisory writs, 32nd
          Judicial District Court, Parish of Terrebonne, No.
          186-408.

---

**BEFORE:  THERIOT, WOLFE, AND HESTER, JJ.**

   **WRIT DENIED.**

                        **MRT**
                        **EW**
                        **CHH**

COURT OF APPEAL, FIRST CIRCUIT

_____
        DEPUTY CLERK OF COURT
            FOR THE COURT